IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| CLIFTON LEON KING, #174212, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:02-cv-1082-MEF |
| | ) |
| STEPHEN BULLARD, *et al.,* | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #77) filed on June 27, 2007 is OVERRULED;

(2) The Recommendation of the United States Magistrate Judge (Doc. #72) entered on May 7, 2007 is ADOPTED;

(3) The petition for habeas relief filed by petitioner is DENIED and this case is DISMISSED with prejudice.

DONE this the 17th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE